UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KIM MARIE CANFIELD ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 5:18-CV-559-FL |
| ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation for attorney's fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 23, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $7,000.00.

**This Judgment Filed and Entered on August 23, 2019, and Copies To:**
Joel Jerome Humphries  (via CM/ECF Notice of Electronic Filing)
Cassia Parson / David M. Mansfield   (via CM/ECF Notice of Electronic Filing)

August 23, 2019             PETER A. MOORE, JR., CLERK

                                     /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk